IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GD ENERGY PRODUCTS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>PREMIUM OILFIELD TECHNOLOGIES LLC,<br><br>       Defendant. | Case No. 6:21-cv-00864-ADA |

**ORDER**

On September 6, 2022, the Court held a hearing on the discovery dispute brought by Premium Oilfield Technologies LLC ("Premium") against GD Energy Products, LLC ("GDEP") (collectively, the "Parties") regarding Interrogatory No. 12 and Premium's proposal for GDEP email production, both of which relate to wash-out and other similar failures with GDEP's fluid end products.  Having considered the Parties' discovery dispute summary and the arguments of counsel at the hearing, the relief requested is GRANTED IN PART and DENIED IN PART as follows:

    1.    Premium's request for an order directing further supplementation of GDEP's response to Interrogatory No. 12 is DENIED.  However, Premium may conduct a Rule 30(b)(6) deposition of GDEP related to the topics raised in Interrogatory No. 12.

    2.    Premium's request for email discovery relating to wash-out and other similar failures with GDEP's fluid end products is GRANTED.  However, the Parties are ordered to meet and confer on more narrow e-mail search terms.  In the event there is a further dispute between the Parties regarding Premium's proposed e-mail search parameters, the Parties are directed to contact the Court for further guidance.

All other relief regarding the discovery dispute heard on September 6, 2022 is denied.

SIGNED this 19th day of September, 2022.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE